**In Re: Bruce Everett VOID–EL, Petitioner.**

No. 10–1716.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 14, 2010.

Decided: Oct. 6, 2010.

Bruce Everett Void–El, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Everett Void–El petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has entered an order adopting the recommendation of the magistrate judge and dismissing Void–El's petition. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*PETITION DENIED.*